JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHYNNA S.,<br>      Plaintiff<br>  v.<br>LELAND DUDEK, Acting Commissioner of Social Security,<br>      Defendant. | Case No. 5:24-cv-01127-GJS<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: April 16, 2025

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE